583 A.2d 306

STATE OF NEW JERSEY v. JERALD DOUGLAS ALBRECHT.

January 17, 1990.

Petition for certification denied.

583 A.2d 306

STATE OF NEW JERSEY v. ANGELO C. RODRIGUEZ.

January 17, 1990.

Petition for certification denied.

583 A.2d 306

MASSACHUSETTS MUTUAL LIFE INSURANCE CO. v. ANNA MA-
RIE MANZO, A/K/A NINA MANZO.

January 23, 1990.

Petition for certification denied.   (See 234 *N.J.Super.* 266,
560 *A.*2d 1215)

583 A.2d 306

JOSEPH FALCHETTA v. BERTRAM LEVINSTONE, M.D.

January 23, 1990.

Petition for certification denied.